IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| DAVID OCHARAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NUMBER: |
| | : | 2:21-CV-12396-JMV-ESK |
| vs. | : | |
| | : | |
| AMBASSADOR PERSONNEL, INC., TASTY | : | |
| BAKING COMPANY, JOHN DOES 1-10 | : | |
| (Fictious Names Representing Unknown Persons), | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

COMES NOW  David Ocharan, Plaintiff in the above-captioned civil action, and Defendants

Ambassador Personnel, Inc. and Tasty Baking Company, having fully settled and compromised all claims

in this action and having fully settled and compromised all claims that might have been put in issue in this

action, do hereby stipulate and agree, by and through their respective undersigned counsels of record, that

all such claims of Plaintiff David Ocharan against Defendants Ambassador Personnel, Inc. and Tasty

Baking Company be dismissed with prejudice and upon the merits; and said parties further request that

the Court, pursuant to this written Stipulation of Dismissal, enter an Order dismissing all claims of

Plaintiff David Ocharan against Defendants Ambassador Personnel, Inc. and Tasty Baking Company,

with prejudice and upon the merits.

SO STIPULATED AND AGREED, this 6th day of January 2022.

| | |
|---|---|
| **THE MARK LAW FIRM, LLC** | **PORZIO, BROMBERG & NEWMAN, P.C.** |
| /s/ Jamison M. Mark | /s/ Kathryn K. Forman |
| Jamison M. Mark | **KATHRYN K. FORMAN** |
| 675 Morris Avenue, Suite 102 | Post Office Box 1997 |
| Springfield, New Jersey 07081 | Morristown, NJ 07962-1997 |
| E: jmark@newjerseyattorneys.com | T: 973-889-4046 |
| | E: kkforman@pbnlaw.com |
| *Attorneys for Plaintiff* | |

**MOORE CLARKE DuVALL & RODGERS,  P.C.**

/s/ *C. Jason Willcox*

**C. JASON WILLCOX**
(*pro hac vice*)
Post Office Drawer 71727
Albany, Georgia  31708-1727
T:  229-888-3338
E:  jwillcox@mcdr-law.com

*Attorneys for Defendant Ambassador Personnel, Inc.*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   1/11/22

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties with a copy of the within and foregoing *STIPULATION OF DISMISSAL* via the Court's electronic filing system and/or by mailing a copy of same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery as follows:

Jamison M. Mark
The Mark Law Firm, LLC
675 Morris Avenue, Suite 102
Springfield, New Jersey 07081
jmark@newjerseyattorneys.com
*Attorney for Plaintiff David Ocharan*

This 11th day of January 2022.

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Defendant Ambassador Personnel, Inc.*

/s/ *Kathryn K. Forman*
**KATHRYN K. FORMAN**